UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:03 MJ 1008 |
| | ) | |
| TERESO PACHEO | ) | |

# ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Northern District of Indiana hereby dismisses the Complaint filed in the above-captioned cause against the defendant Tereso Pacheo.

Leave of Court is granted for the filing for the foregoing dismissal.

Dated this 3rd day of March, 2009

                                             s/Andrew P. Rodovich
                                             UNITED STATES MAGISTRATE JUDGE